May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TRACY HOLLISTER, Appellant

NO. 14-12-00529-CV                              V.

MALONEY, MARTIN & MITCHELL LLP, MIKE MARTIN, P.C. AND MIKE MARTIN, INDIVIDUALLY AND FRANK W. MITCHELL, Appellees

—————————————————————

 This cause, an appeal from the judgment in favor of APPELLEES, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

 We order APPELLANT to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.